DAMIEN M. SCHIFF, No. 235101
Email: dschiff@pacificlegal.org
CALEB R. TROTTER, No. 305195
Email: ctrotter@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

GLENN E. ROPER*
Email: geroper@pacificlegal.org
Pacific Legal Foundation
1745 Shea Center Drive, Suite 400
Highlands Ranch, Colorado 80129
Telephone: (916) 419-7111
*Pro Hac Vice

Attorneys for Plaintiffs Gary Burke, Fred Hepp, and Jeff Hepp

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY BURKE; FRED HEPP; and JEFF HEPP,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLTON BONHAM, in his official capacity as Director of the California Department of Fish and Wildlife; XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>Defendants. | Case No. 2:21-cv-00003-TLN-AC<br><br>**ORDER GRANTING STIPULATION AND MOTION TO STAY PROCEEDINGS**<br><br>Judge: The Honorable Troy L. Nunley<br>Place: Courtroom 2, 15th Floor<br>Action Filed: 12/31/2020 |

**ORDER**

Upon the Stipulation of the parties seeking an order to stay the proceedings until 30 days following the Court's resolution of the pending Motion to Dismiss in related case *Abad v. Bonham*, No. 2:20-cv-0447-TLN-AC, and good cause appearing therefore:

1. The joint discovery plan ordered to be submitted by May 7, 2021, is vacated.

1

2. All proceedings in this case are stayed until 30 days following the resolution of the pending Motion to Dismiss in *Abad v. Bonham*, No. 2:20-cv-0447-TLN-AC.

3. Within 30 days following the resolution of the Motion to Dismiss in *Abad v. Bonham*, No. 2:20-cv-0447-TLN-AC, Defendants shall file and serve their response to the Complaint in this case.

4. Within 30 days following the resolution of the Motion to Dismiss in *Abad v. Bonham*, No. 2:20-cv-0447-TLN-AC, the parties shall file a joint discovery plan and may propose modifications to the Initial Pretrial Scheduling Order (ECF No. 7).

**IT IS SO ORDERED:**

Dated: April 26, 2021

Troy L. Nunley
United States District Judge