IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY BURKE; and JEFF HEPP,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>CHARLTON BONHAM, in his official capacity as Director of the California Department of Fish and Wildlife; ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:21-cv-00003-TLN-AC<br><br>**ORDER GRANTING STIPULATION AND MOTION TO STAY PROCEEDINGS**<br><br>Judge:　　The Honorable Troy L. Nunley<br>Place:　　Courtroom 2, 15th Floor<br>Action Filed: 12/31/2020 |

**ORDER**

Upon the Stipulation of the parties seeking an order to stay the proceedings until 30 days following the Court's resolution of related case *Abad v. Bonham*, No. 2:20-cv-0447-TLN-AC, and good cause appearing therefore:

1. The Court's order that Defendants must respond to the Complaint by March 24, 2022, is vacated.

2. The joint discovery plan ordered to be submitted by March 24, 2022, is vacated.

3. All proceedings in this case are stayed until 30 days following the resolution of *Abad v. Bonham*, No. 2:20-cv-0447-TLN-AC.

1

4. Within 30 days following the resolution of *Abad v. Bonham*, No. 2:20-cv-0447-TLN-AC, the parties shall file a joint status update with the Court discussing any remaining issues to be resolved in this case as a result of the outcome in *Abad*, as well as proposed dates for Defendants to respond to the Complaint and for the parties to file the joint discovery plan, if applicable.

**IT IS SO ORDERED:**

Dated: March 16, 2022

_____
Troy L. Nunley
United States District Judge